**Herbert Allen Gears**                    **Case# 19-32814-sgj7**

FILED

SEP 17 2019

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**Business Gross Income (Checks Cashed Detail)**

| 01/01/2019 - 08-26-2019 | | 01/01/2018 - 12/31/2018 | | 01/01/2017 - 12/31/2017 | |
|---|---|---|---|---|---|
| 4-Jan | $ 2,500.00 | 2-Jan | $ 5,000.00 | 12-Jan | $ 5,000.00 |
| 4-Jan | $ 2,500.00 | 15-Jan | $ 5,000.00 | 13-Jan | $ 20,000.00 |
| 9-Feb | $ 1,279.00 | 1-Feb | $ 5,000.00 | 20-Jan | $ 5,000.00 |
| 12-Feb | $ 5,000.00 | 15-Feb | $ 5,000.00 | 18-Feb | $ 3,000.00 |
| 12-Feb | $ 5,000.00 | 20-Feb | $ 2,500.00 | 22-Feb | $ 5,000.00 |
| 12-Feb | $ 330.00 | 24-Feb | $ 1,840.00 | 1-Mar | $ 5,000.00 |
| 20-Feb | $ 2,500.00 | 1-Mar | $ 5,000.00 | 15-Mar | $ 5,000.00 |
| 20-Feb | $ 10,000.00 | 15-Mar | $ 5,000.00 | 31-Mar | $ 5,000.00 |
| 25-Feb | $ 5,000.00 | 15-Mar | $ 520.00 | 14-Apr | $ 5,000.00 |
| 8-Mar | $ 20,000.00 | 2-Apr | $ 5,000.00 | 24-Apr | $ 2,500.00 |
| 28-Mar | $ 7,500.00 | 1-May | $ 530.00 | 1-May | $ 5,000.00 |
| 28-Mar | $ 690.00 | 1-May | $ 600.00 | 15-May | $ 6,500.00 |
| 28-Mar | $ 2,160.00 | 1-May | $ 5,000.00 | 25-May | $ 6,500.00 |
| 28-Mar | $ 1,535.00 | 15-May | $ 5,500.00 | 26-Jun | $ 5,000.00 |
| 29-Apr | $ 5,000.00 | 1-Jun | $ 2,160.00 | 7-Jul | $ 5,000.00 |
| 24-May | $ 5,000.00 | 12-Jun | $ 10,000.00 | 11-Jul | $ 5,000.00 |
| 24-May | $ 5,000.00 | 15-Jun | $ 2,500.00 | 27-Jul | $ 5,000.00 |
| 3-Jun | $ 910.00 | 25-Jun | $ 395.00 | 2-Aug | $ 5,000.00 |
| 28-Jun | $ 5,000.00 | 7-Jul | $ 1,000.00 | 17-Aug | $ 5,000.00 |
| 22-Jul | $ 1,250.00 | 10-Jul | $ 1,460.00 | 30-Aug | $ 5,000.00 |
| 22-Jul | $ 700.00 | 13-Jul | $ 8,000.00 | 31-Aug | $ 2,500.00 |
| 25-Jul | $ 1,279.00 | 23-Jul | $ 465.00 | 31-Aug | $ 2,400.00 |
| 16-Aug | $ 5,000.00 | 23-Jul | $ 625.00 | 8-Sep | $ 2,500.00 |
| 22-Aug | $ 465.00 | 1-Aug | $ 5,000.00 | 15-Sep | $ 5,000.00 |
| | | 4-Aug | $ 990.00 | 29-Sep | $ 5,000.00 |
| | $ 95,598.00 | 11-Aug | $ 390.00 | 18-Oct | $ 3,500.00 |
| | | 15-Aug | $ 5,000.00 | 19-Oct | $ 5,000.00 |
| | | 28-Aug | $ 5,000.00 | 2-Nov | $ 2,500.00 |
| | | 31-Aug | $ 5,000.00 | 6-Nov | $ 2,500.00 |
| | | 8-Sep | $ 495.00 | 15-Nov | $ 2,500.00 |
| | | 13-Sep | $ 5,000.00 | 1-Dec | $ 5,000.00 |
| | | 18-Sep | $ 2,500.00 | 7-Dec | $ 3,500.00 |
| | | 2-Oct | $ 5,000.00 | 15-Dec | $ 5,000.00 |
| | | 12-Oct | $ 10,000.00 | 27-Dec | $ 20,000.00 |
| | | 16-Oct | $ 5,000.00 | | |
| | | 24-Oct | $ 1,320.00 | | $ 180,400.00 |
| | | 6-Nov | $ 4,500.00 | | |
| | | 24-Nov | $ 575.00 | | |
| | | 11-Dec | $ 5,000.00 | | |
| | | 21-Dec | $ 2,500.00 | | |
| | | | $ 141,365.00 | | |