| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Herbert Allen Gears** | Social Security number or ITIN **xxx–xx–2956** |
| | First Name   Middle Name   Last Name | EIN **46–2112340, 82–3351274, 81–2822648, 83–3245691** |
| Debtor 2 (Spouse, if filing) | **Liliana D. Gears** | Social Security number or ITIN **xxx–xx–0718** |
| | First Name   Middle Name   Last Name | EIN **46–2112340, 82–3351274, 81–2822648, 83–3245691** |
| United States Bankruptcy Court   **Northern District of Texas** | | |
| Case number:   **19–32814–sgj7** | | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Herbert Allen Gears
dba Lyle Allen and Associates, fdba Texas C–Bar Premium Cigars, fdba Las Colinas Urban Center Owners Assn., fdba Texas Premium Cigar Bar

Liliana D. Gears
dba Lyle Allen and Associates, fdba Texas Premium Cigar Bar, fdba Las Colinas Urban Center Owners Assn., fdba Texas C–Bar Premium Cigars

12/2/19

**By the court:** Stacey G. Jernigan
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Texas

In re:  
Herbert Allen Gears  
Liliana D. Gears  
      Debtors

Case No. 19-32814-sgj  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 1      Date Rcvd: Dec 03, 2019  
                       Form ID: 318      Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2019.
```
db/jdb         +Herbert Allen Gears,    Liliana D. Gears,    P.O. Box 140863,    Irving, TX 75014-0863
18702545       +Bank of America,    P.O. Box 15284,    Wilmington, DE 19850-5284
18702548       +Best Buy Credit Services,    P.O. Box 688910,    Des Moines, IA 50368-8910
18702540       +Casen Martin,    1631 W. Rochelle,    Irving, TX 75062-5331
18702547       +Children's Dental Center,    8870 N. MacArthur Blvd.,    Irving, TX 75063-7833
18702554        Midland Credit,    2635 Northside Drive,    San Diego, CA 92108
18702560       +Texas Ethics Commission,    P.O. Box 12070, Capitol Station,    Austin, TX 78711-2070
18702556       +Time Warner,    P.O. Box 1391,    Southgate, MI 48195-0391
18702557       +Toyota Financial,    5450 N.W. Central,    Houston, TX 77092-2017
18702559       +Zales,    P.O. Box 6403,    Sioux Falls, SD 57117-6403
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18702544       +EDI: AMEREXPR.COM Dec 04 2019 04:38:00      American Express Centurion Bank,    P.O. Box 650448,
                 Dallas, TX 75265-0448
18702549       +EDI: BANKAMER.COM Dec 04 2019 04:38:00      Bank of America,    P.O. Box 851001,
                 Dallas, TX 75285-1001
18702551       +EDI: CITICORP.COM Dec 04 2019 04:38:00      Citi,    P.O. Box 6062,    Sioux Falls, SD 57117-6062
18702550       +EDI: CITICORP.COM Dec 04 2019 04:38:00      Citi,    P.O. Box 6004,    Sioux Falls, SD 57117-6004
18702561       +E-mail/Text: bankruptcynotification@ftr.com Dec 03 2019 23:59:45     Frontier Communications,
                 P.O. Box 740407,    Cincinnati, OH 45274-0407
18702546       +EDI: HFC.COM Dec 04 2019 04:38:00      HSBC Retail Services,    P.O. Box 49353,
                 San Jose, CA 95161-9353
18702542        EDI: IRS.COM Dec 04 2019 04:38:00      Internal Revenue Service,    Department of the Treasury,
                 Cincinnati, OH 45999
18702552       +E-mail/PDF: HCABKNotifications@resurgent.com Dec 04 2019 00:05:04
                 Las Colinas Medical Center,    6800 N. MacArthur Blvd.,    Irving, TX 75039-2422
18702553       +EDI: RMSC.COM Dec 04 2019 04:38:00      Lowe's,    P.O. Box 965003,    Orlando, FL 32896-5003
18702543       +EDI: MID8.COM Dec 04 2019 04:38:00      Midland Funding,    8875 Aero Drive,
                 San Diego, CA 92123-2255
18702541       +EDI: DRIV.COM Dec 04 2019 04:38:00      Santander Consumer, USA,    P.O. Box 660633,
                 Dallas, TX 75266-0633
18702555       +EDI: DRIV.COM Dec 04 2019 04:38:00      Santander Consumer, USA,    P.O. Box 961245,
                 Fort Worth, TX 76161-0244
18702558       +EDI: WFFC.COM Dec 04 2019 04:38:00      Wells Fargo,    P.O. Box 30086,
                 Los Angeles,CA 90030-0086
                                                                                               TOTAL: 13
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2019                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2019 at the address(es) listed below:
```
              Diane G. Reed    dgrtrustee@bcylawyers.com, TX03@ecfcbis.com
              Richard D. Kinkade    on behalf of Creditor Casen D.  Martin richard_kinkade@hotmail.com,
               ecf_kinkade@yahoo.com;mlg1123@aol.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov
                                                                                               TOTAL: 3
```